Dismissed and Memorandum Opinion filed January 6, 2005









Dismissed and Memorandum Opinion filed January 6,
2005.

 

In The

Fourteenth Court of Appeals

 

____________

 

NO. 14-04-00929-CV

____________

 

LARRY ALEXANDER, ET AL.,
Appellants

 

V.

 

HORIZON CAPITAL BANK,
Appellee

 



 

On Appeal from the 295th District
Court

Harris County, Texas

Trial Court Cause No.
04-24406

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed August 12,
2004.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellants did not make arrangements
to pay for the record.  

On October 14, 2004, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellants paid or made arrangements to pay for
the record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellants filed a response, requesting an extension of time;
however, appellant did not provide proof of payment and the record was not
filed within the time requested. 
Appellants have filed no further responses to this court=s notice.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 6, 2005.

Panel consists of Justices
Anderson, Hudson, and Frost.